ROBERT J. ROMERO (SBN: 136539)
ANNE D. O'NIELL (SBN: 120948)
HINSHAW & CULBERTSON LLP
244 Jackson Street, Suite 300
San Francisco, CA 94111
Telephone:   (415) 362-6000
Facsimile:   (415) 834-9070

Attorneys For Defendants
Worldwide Marine Underwriters, Inc.
and Robert C. Luellen

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO

| | |
|---|---|
| BRUCE L. SPECKERT ) | Case No.: 2:05-CV-02012-FCD-GGH |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO EXTEND RESPONSE DATE |
| OLD UNITED CASUALTY COMPANY, a Kansas Corporation, d/b/a VANTAGE CASUALTY COMPANY; WORLDWIDE MARINE UNDERWRITERS, INC., a Michigan corporation; ROBERT CHARLES LUELLEN, an individual; and DOES 1-10, inclusive ) | |
| Defendants | |

IT IS STIPULATED by and between the parties, through their respective attorneys of record and pursuant to the provisions of Local Rule 6-142 of this Court, that the time for filing the responsive pleading on behalf of defendants WORLDWIDE MARINE UNDERWRITER, INC., ROBERT C. LUELLEN and OLD UNITED CASUALTY COMPANY, currently due on October 11, 2005, shall be extended until October 18, 2005.

Date: October 7 , 2005           HINSHAW & CULBERTSON

/s/ Anne D. O'Niell, Esq.                    .
ANNE D. O'NIELL
Attorneys for Defendants
Worldwide Marine Underwriters, Inc. and
Robert C. Luellen

Date: October 10 , 2005    LAW OFFICES OF WANLAND & BERNSTEIN

      /s/ Timothy V. Kassouni, Esq.
TIMOTHY V. KASSOUNI, ESQ.
Attorney for Plaintiff
BRUCE SPECKERT

Dated: October 10 , 2005    PORTER, SCOTT, WEIBERT & DELAHUNT

      /s/ Martin N. Jensen, Esq.
MARTIN N. JENSEN
CARL J. CALNERO
Attorneys for Co-defendant
OLD UNITED CASUALTY COMPANY

**ORDER**

IT IS SO ORDERED:

Dated: October 11, 2005    /s/ Frank C. Damrell Jr.
JUDGE OF THE UNITED STATES
DISTRICT COURT, EASTERN
DISTRICT OF CALIFORNIA-
SACRAMENTO