1 ROBERT J. ROMERO (SBN: 136539)
2 ANNE D. O'NIELL (SBN: 120948)
HINSHAW & CULBERTSON LLP
3 100 California Street, 18th Floor
San Francisco, CA 94111
4 Telephone:    (415) 362-6000
Facsimile:     (415) 834-9070

5
Attorneys For Defendants
6 Worldwide Marine Underwriters, Inc.
and Robert C. Luellen

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

10

| | |
|---|---|
| 11  BRUCE L. SPECKERT ) | Case No.: 2:05-CV-02012-FCD-GGH |
| 12  Plaintiff, ) | |
| 13  vs. ) | STIPULATION AND ORDER EXTENDING TIME FOR THE PARTIES |
| 14  OLD UNITED CASUALTY COMPANY, a ) Kansas Corporation, d/b/a VANTAGE ) | TO SUBMIT A JOINT STATUS REPORT |
| 15  CASUALTY COMPANY; WORLDWIDE ) MARINE UNDERWRITERS, INC., a ) | |
| 16  Michigan corporation; ROBERT CHARLES ) LUELLEN, an individual; and DOES 1-10, ) | |
| 17  inclusive ) | |
| 18  Defendants ) | |

19       IT IS STIPULATED by and between the parties, through their respective attorneys of record,

20 that they make this joint request to the court for an extension of time in which to file the parties'

21 Rule 26(f) Joint Status Report. The Joint Status Report should have been filed on December 5,

22 2005, which was sixty days after the date that this matter was removed to this court. The parties

23 failed to meet in a timely manner and they jointly ask that the court allow them an additional two

24 weeks, until December 22, 2005, to meet and confer and to prepare and submit the Joint Status

25 Report.

26

27

28

**STIPULATION REQUESTING ORDER FOR ADDITIONAL TIME TO SUBMIT
JOINT STATUS REPORT – Case No. 2:05-CV-02012-FCD-GGH**

| | |
|---|---|
| Date: December __, 2005 | HINSHAW & CULBERTSON LLP |
| | _____ |
| | ANNE D. O'NIELL<br>Attorneys for Defendants<br>Worldwide Marine Underwriters, Inc. and<br>Robert C. Luellen |
| Date: December __, 2005 | LAW OFFICES OF WANLAND & BERNSTEIN |
| | _____ |
| | TIMOTHY V. KASSOUNI, ESQ.<br>Attorney for Plaintiff<br>BRUCE SPECKERT |
| Dated: December __, 2005 | PORTER, SCOTT, WEIBERT & DELAHUNT |
| | _____ |
| | MARTIN N. JENSEN<br>CARL J. CALNERO<br>Attorneys for Co-defendant<br>OLD UNITED CASUALTY COMPANY |

**ORDER**

IT IS SO ORDERED.

Dated: December 15, 2005          /s/ Frank C. Damrell Jr.
                                  JUDGE OF THE UNITED STATES
                                  DISTRICT COURT, EASTERN
                                  DISTRICT OF CALIFORNIA-
                                  SACRAMENTO

2935135v1858866

---

**STIPULATION REQUESTING ORDER FOR ADDITIONAL TIME TO SUBMIT
JOINT STATUS REPORT – Case No. 2:05-CV-02012-FCD-GGH**

PDF created with pdfFactory trial version www.pdffactory.com