**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Carl J. Calnero, SBN 117590
Martin N. Jensen, SBN 232231
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendant
OLD UNITED CASUALTY COMPANY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE L. SPECKERT,<br><br>        Plaintiff,<br><br>v.<br><br>OLD UNITED CASUALTY COMPANY, a Kansas corporation dba VANTAGE CASUALTY COMPANY, WORLDWIDE MARINE UNDERWRITERS, INC., a Michigan corporation; ROBERT CHARLES LUELLEN, and individual; and DOES 1-10, inclusive,<br><br>        Defendants.<br>_____/ | NO. 05CV2012 FCD GGH<br><br>**SUBSTITUTION OF ATTORNEYS; ORDER [LOCAL RULE 83-182(g)]** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant OLD UNITED CASUALTY COMPANY hereby substitutes David Simantob and Paul White of Tressler, Soderstrom, Maloney & Priess, 1901 Avenue of the Stars, #450; Los Angeles, CA 90067, telephone (310) 203-4862; facsimile (310) 203-4850 as their attorney of record in the above-entitled action instead of Carl J. Calnero of the law firm of Porter, Scott, Weiberg & Delehant. This substitution may be signed in facsimile counter parts in order to avoid delay.

/ / /

I have read this substitution of attorneys and consent to the foregoing substitution.

Dated:  August 22, 2006            /s/ Gretchen Sayers
                                   Gretchen Sayers, Representative of
                                   OLD UNITED CASUALTY COMPANY

We agree to the above substitution.

Dated:  August 22, 2006            PORTER, SCOTT, WEIBERG & DELEHANT
                                   A Professional Corporation

                                   By    /s/ Carl J. Calnero
                                         Carl J. Calnero
                                         Attorney for Defendant

We accept the above substitution.

Dated:  August 22, 2006            TRESSLER, SODERSTROM, MALONEY & PRIESS

                                   By    /s/ David Simantob
                                         David Simantob

IT IS SO ORDERED.

Dated: August 22, 2006             /s/ Frank C. Damrell Jr.
                                   United States District Court Judge