UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BRUCE L. SPECKERT,

        Plaintiff,

   v.

WORLDWIDE MARINE
UNDERWRITERS, INC., et al.,
        Defendants.
_____/

NO. CIV. S- 05-2012 FCD/GGH

<u>ORDER</u>

     It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of § 455 of Title 28 of the United States Code mandate the disqualification of the undersigned;

     IT IS HEREBY ORDERED that:

     1.    The undersigned recuses himself as the judge to whom this case is assigned;

     2.    All currently scheduled dates in the above-captioned action are **VACATED**; and

     3.    Attached is the scheduling order before the newly assigned judge.

     IT IS SO ORDERED.

DATED: September 29, 2006

                        /s/ Frank C. Damrell Jr.
                        FRANK C. DAMRELL, Jr.
                        UNITED STATES DISTRICT COURT

1  This case is reassigned to United States District Judge Morrison C. England, Jr.
2  IT IS SO ORDERED.
3  DATED: September 29, 2006

/s/ David F. Levi
DAVID F. LEVI
CHIEF JUDGE
UNITED STATES DISTRICT COURT