1  The Law Offices Of Wanland & Spaulding
   Donald M. Wanland, Jr. (SB# 122462)
2  James P. Chandler (SB# 215886)
   705 University Avenue
3  Sacramento, California 95825
   (916) 568-6000
4
   Attorneys for Plaintiff Bruce L. Speckert

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Bruce L. Speckert, | ) | Case No. 2:05-cv-2012-MCE-GGH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Stipulation of Dismissal; ORDER |
| Old United Casualty Company, a Kansas corporation dba Vantage Casualty Company; Worldwide Marine Underwriters, Inc., a Michigan corporation; Robert Charles Luellen, an individual; and DOES 1-10, inclusive, | ) | |
| Defendants. | ) | |

   IT IS HEREBY STIPULATED among the parties to this action, Plaintiff Bruce L. Speckert and Defendants Worldwide Marine Underwriters, Inc., Robert Charles Luellen and Old United Casualty Company, by and through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). This stipulation is made pursuant to the Parties' separately negotiated confidential Settlement Agreement And Mutual Release.

Date: October 23, 2006                    Law Offices Of Wanland & Spaulding


                                           /s/ James P. Chandler
                                          James P. Chandler
                                          Attorneys for Plaintiff Bruce L. Speckert

| | |
|---|---|
| Date: October 23, 2006 | Hinshaw & Culbertson, LLP |
| | /s/ Anne D. O'Niell |
| | Anne D. O'Niell |
| | Attorneys for Defendants Worldwide Marine Underwriters, Inc. and Robert Charles Luellen |
| Date: October 23, 2006 | Tressler, Soderstrom, Maloney & Priess |
| | /s/ David Simantob |
| | David Simantob |
| | Attorneys for Defendant Old United Casualty Company |

**ORDER**

IT IS SO ORDERED.

Date: October 25, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2